UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CARLOS RODRIGUEZ,

                              Plaintiff,

        -against-                              **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, POLICE COMMISSIONER         08 Civ. 3852 (SAS)
RAYMOND W. KELLY, CAPTAIN BURGOS,
SERGEANT LONG, POLICE OFFICER DE LA CRUZ,
JOHN DOE ##1-25,

                              Defendants.

------------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants THE CITY OF NEW YORK and POLICE COMMISSIONER RAYMOND W. KELLY and requests that all future papers in this action be served upon him at the address stated below.

Dated:  New York, New York
          May 15, 2008

                                                     MICHAEL A. CARDOZO
                                                     Corporation Counsel of the
                                                     City of New York
                                                     Attorney for Defendant City of New York
                                                   100 Church Street, Room 3-159
                                                   New York, New York 10007
                                                   (212) 788-8698
                                                 (212) 788-9776 – Fax
                                                 sstavrid@law.nyc.gov

                                                By:          /S/         .
                                                         Steve Stavridis
                                                        Special Federal Litigation Division

To:    Leo Glickman, Esq. (by ECF)
        Attorney for plaintiffs
        71 Nevins Street
        Brooklyn, New York 11217
        lglickman@stollglickman.com