

```
                                                    ┌─────────────────────────┐
                                                    │ DOCUMENT                │
                                                    │ ELECTRONICALLY FILED    │
                                                    │ DOC #: _____  │
                                                    │ DATE FILED: 6/20/08     │
                                                    └─────────────────────────┘
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVE STAVRIDIS
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

June 19, 2008

**BY FAX: (212) 805-7920**
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌─────────────────────┐
│     RECEIVED        │
│   CHAMBERS OF       │
│                     │
│    JUN 19 2008      │
│                     │
│  JUDGE SCHEINDLIN   │
└─────────────────────┘
```

Re: Rodriguez v. City of New York et al., 08 CV 3852 (SAS)

Your Honor:

I am the Assistant Corporation Counsel representing defendants the City of New York and Police Commissioner Raymond Kelly ("defendants") in the referenced civil rights action. I am writing, with the consent of my adversary, to respectfully request an adjournment of the initial conference scheduled for July 1, 2008. Plaintiff's counsel has been contacted, and he consents to the adjournment.

The adjournment is requested because I will be on vacation through July 11, 2008. Both my adversary and I are available to have conference rescheduled during the week of July 14th at anytime in the afternoon.

This is defendants' first request for an adjournment of the initial conference. Accordingly, it is respectfully requested that the Court grant the instant application.

*[Handwritten: Request granted - Conference adjourned to July 16 at 4:30]*

Respectfully submitted,

Steve Stavridis
Special Federal Litigation Division

cc: Leo Glickman, Esq. -- By Fax: 718-852-3586

*[Handwritten: So Ordered [signature] USDJ 6/20/08]*