UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Carlos Rodriguez and
Wendy Garcia

             Plaintiff,

      - against -

City of New York, et al.

             Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/17/08]

**SCHEDULING ORDER**

08 Civ. 3852 (SAS)
Conference Date:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

*Cynthia Conti-Cook, for Plaintiffs*
*Steve Stavridis, for defendants*

(2)    a concise statement of the issues as they then appear;

*whether defendants falsely arrested plaintiff Rodriguez, whether defendants used excessive force against plaintiffs, whether defendants have a policy, and failed to train and supervise officers to not falsely arrest and use excessive force against plaintiffs.*

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

*Sgt. Ling, PO De La Cruz, Perth Mark Manager, plaintiffs. November 17-21, 2008*

    (b) a schedule for the production of documents;

*By September 2, 2008*

*Initial disclosures (7/16, 7/30)*

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

*November 14, 2008*

    (d) time when discovery is to be completed;

*~~February December 16, 2009~~*
*December 16, 2008*

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

~~January 16, 2009~~
~~February 16, 2009~~    Jan 16, 2009

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

Feb. 2, 2009

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

Dec. 22, 2008 at 4:30 _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

Unsubstantiated complaints against defendants for false arrest and use of excessive force in last 10 years.

(6) anticipated fields of expert testimony, if any;

Medical

(7) anticipated length of trial and whether to court or jury;

4 days, jury trial

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Leo Glickman  718 852-0507
71 Nevins St.
Brooklyn, NY 11217    /s/ Leo G.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.